FILED
2013 Jul-03 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

vs.

JONATHAN IAN BROOKS                              MAG 13-277

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon the motion of the United States, it is ORDERED that a detention hearing is set for _Friday, July 5, 2013 at 1:30pm in 3A_ in Courtroom 3-A at the Hugo L. Black U. S. Courthouse, 1729 5th Avenue North, Birmingham, AL 35203 before Madeline H. Haikala, United States Magistrate Judge. Pending this hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing.

DATE: July 3, 2013

_____
MADELINE H. HAIKALA
UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon the motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.