IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

VS.                                                                                  MAG13-277

JONATHAN IAN BROOKS,
Defendant

## NOTICE OF APPEARANCE

   The undersigned Counsel requests the Clerk of the United States District Court for the Northern District of Alabama enter his name as counsel of record for the Defendant in the above-styled case.

_____
Charles Scott Linton
Attorney at Law
1122 22nd Street North
Birmingham, AL 35234
(205) 328-0164

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of this NOTICE OF APPEARANCE upon the Office of the United States Attorney for the Northern District of Alabama, through the CM/ECF ystem of the Clerk of the United States District Court for the Northern District of Alabama on the date and time affixed hereon.

_____
Charles Scott Linton
Attorney at Law